**William G. CARTER, Appellant,**

v.

**Alan BLAKE, C.O.O., MSOTC; Janine Semar, Recreation Director, MSOTC, Appellees.**

No. 07–2376.

United States Court of Appeals, Eighth Circuit.

Submitted: May 8, 2008.

Filed: May 13, 2008.

William G. Carter, Farmington, MO, pro se.

Michael S. Meyers, Asst. U.S. Atty., St. Louis, MO (Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, on the brief), for appellees.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

William Carter appeals the district court's [1] denial of his motion for post-judgment relief in his 42 U.S.C. § 1983 action. We affirm. *See* 8th Cir. R. 47B.

---

[1] The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).